## FIRST DISTRICT.

Howard Cookson Lang and Laura E. Lang, appellees, v. William F. Pelham Company, appellant. Gen. No. 37,152.

Opinion filed October 16, 1934.

Hershenson & Hershenson, for appellant; Al Schapiro and Bernard Schiff, of counsel. Gold & Liebman, for appellees; Charles Liebman, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Rudy Wiedoeft, defendant in error, v. Frank Holton and Company, plaintiff in error. Gen. No. 37,185.

Opinion filed October 16, 1934.

Frederick Kull and Poppenhusen, Johnston, Thompson & Cole, for plaintiff in error; Frederick Kull, Edward R. Johnston and Albert K. Orschel, of counsel. Benjamin H. Ehrlich and Thomas M. Morris, for defendant in error; Aaron H. Cohn and John J. Heffernan, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Virginia M. Kerr, administratrix of the estate of Joseph R. Kerr, deceased, plaintiff in error, v. Frank J. McKee and National Shippers and Movers, Inc., defendants in error. Gen. No. 37,206.

Opinion filed October 16, 1934.

William R. Peacock, for plaintiff in error. Sitron & Schwartz, for defendants in error; Benjamin Robert Cohen, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.